IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JANIS POJMAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON and ETHICON, INC.,<br><br>　　　　　　Defendant. | CV 21-33-BLG-SPW-TJC<br><br>**ORDER** |

　　　　Plaintiff moves for the admission of Charles G. Orr to practice before this Court in this case with William A. Rossbach to act as local counsel. Mr. Orr's application appears to be in order.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Charles G. Orr *pro hac vice* is GRANTED on the condition that Mr. Orr shall do his own work. This means that Mr. Orr must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Orr may move for the admission *pro hac vice* of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Orr.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Orr, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 29th day of March, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge