IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JANIS POJMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON and ETHICON, INC.,<br><br>　　　　　Defendant. | CV 21-33-BLG-SPW-TJC<br><br>**ORDER** |

　　　Plaintiff has filed an Unopposed Motion for Leave to File a Second Amended Complaint. (Doc. 16.) Previously on May 14, 2021, Defendants had filed a Motion to Dismiss. (Doc. 11.) Accordingly, the filing of the Second Amended Complaint moots Defendant's Motion to Dismiss. Accordingly,

　　　IT IS HEREBY ORDERED that the motion to file the Second Amended Complaint is GRANTED. Plaintiff shall promptly file the Second Amended Complaint in accordance with Civil Local Rule 15.1.

　　　IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (Doc. 11) is **DENIED** as **MOOT**.

　　　DATED this 15th day of June, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge